```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   :
Saida Soria Gutierrez,                                        :
                                                              :      ORDER IN SOCIAL SECURITY CASE
                        Plaintiff,                            :
        -against-                                             :      20-CV-10233 (MKV) (KHP)
                                                              :
Commissioner of Social Security,                              :
                                                              :
                        Defendant.                            :   :
-----------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**.

      The Court notes that the parties will be filing briefings in this case and wants to remind the parties that they have the option of consenting to decision of this action by a United States Magistrate Judge (that is, the undersigned).  Magistrate Judges have direct experience with the wide variety of civil matters filed in this Court, including Social Security matters.  Because this matter has been referred to me for a Report and Recommendation, the decision on this matter will be made by the District Judge based on the Report and Recommendation and any objections thereto, after which an appeal may be made to the United States Court of Appeals for the Second Circuit.  By consenting to decision by a Magistrate Judge, the decision of the Magistrate Judge will be appealable directly to the United States Court of Appeals for the Second Circuit.  This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge but is merely reminding the parties of their option pursuant to 28 U.S.C. § 636(c) and an attempt at preserving scarce judicial resources and accelerating the process.   There is no adverse consequence to the parties if they elect not to consent to decision by a Magistrate Judge.

      If both parties consent to Magistrate Judge jurisdiction, they should complete and sign the consent form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge.  The completed, signed form should be returned to the Honorable Mary Kay Vyskocil for approval.  If, by **December 21, 2021**, either or both parties do not consent, counsel for Defendant shall

report that the parties do not consent, without indicating any particular party's consent or non-consent.

**SO ORDERED.**

Dated: November 30, 2021
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge