# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Saida Soria Gutierrez,

                Plaintiff,                20 **CIVIL** 10233 (KHP)

    -v-                                **JUDGMENT**

Commissioner of Social Security,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated June 13, 2022, Plaintiff's motion is DENIED and the Commissioner's motion for judgment on the pleadings is GRANTED.

**Dated:**  New York, New York
         June 13, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                **BY:**      K. Mango

                                                             **Deputy Clerk**